UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 1:22–mj–310

    v.                               Hon. Sally J. Berens

SAMANTHA JEAN BATTS,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing<br>Preliminary Hearing |
| Date/Time: | July 19, 2022   03:30 PM<br>*(previously set for July 20, 2022 at 11 AM)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

                                                      SALLY J. BERENS
                                                      U.S. Magistrate Judge

Dated:   July 18, 2022        By:   /s/ Jenny Norton
                                                   Courtroom Deputy